IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**STATE OF FLORIDA,**

    Plaintiff,

vs.                      CASE NO. 4:09-cv-386/RS-WCS

**UNITED STATES OF AMERICA**

    Defendant.
_____/

## ORDER

Before me is Plaintiff's Notice of Conclusion of Settlement (Doc. 63). The clerk is directed to close the case in its entirety for all purposes.

**ORDERED** on November 23, 2010

                      /S/ Richard Smoak
                      **RICHARD SMOAK**
                      **UNITED STATES DISTRICT JUDGE**